IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY S. GAME,

      Appellant,

 v.                                         Case No.  5D18-1967

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed September 25, 2018

3.850 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Zachary S. Game, Crawfordville, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.  See Koons v. State, 165 So. 3d 718 (Fla. 5th DCA 2015).




COHEN, C.J., ORFINGER and WALLIS, JJ., concur.